Case No: 13-27693

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re: **James Edward Wade**

Case No: **13-27693**

Chapter: **13**

Property Address: **314 E BIRCH DR. GLENWOOD, IL 60425**

Last four digits of any number you use to identify the debtor's account: **9070**

Court Claim No. (if known)   **4-1**

## STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

**U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CSFB HOME EQUITY MORTGAGE TRUST 2005-HF1**

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated **05/21/2018** and filed as Docket No. **49**

### Pre-Petition Default Payments    Applicable option is checked.

☑ Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim.

☐ Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due: **$0.00**

Attached as Schedule of Amounts Outstanding on Pre-Petition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this statement.

### Post-Petition Default Payments    Applicable option is checked.

☐ Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code. ***LOAN HAS MATURED AS OF JUNE 6, 2016***

☑ Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due: **$9077.53**

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filling, or prosecution of this statement.

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

Case No: 13-27693

# UNITED STATES BANKRUPTCY COURT

The person completing this statement must sign it. Sign and print your name and your title (if any), and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the Creditor        ☒ I am the Creditor's authorized agent. (Attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

X /s/ Timothy M. Johnson                                06/05/2018
   Signature                                             Date (MM/DD/YYYY)

First Name: Timothy          Middle Name: M          Last Name: Johnson

Title: Attorney

Company: Marinosci Law Group

Address:  134 N LaSalle St., Ste 1900

City: Chicago               State: IL              Zip: 60602

Phone: 312-940-8580

Case No: 13-27693

# UNITED STATES BANKRUPTCY COURT

**Schedule of Amounts Outstanding Pre-Petition Claim**

| Description | Date Incurred | Amount |
| --- | --- | --- |

Case No: 13-27693

# UNITED STATES BANKRUPTCY COURT

## Schedule of Amounts Outstanding Post-Petition Claim

| Description | Date Incurred | Amount |
|---|---|---|
| 9/1/2015 to 5/1/2018 POST PYMNT (SEE ATTACHMENT "A") | 9/1/2015 | $8082.36 |
| _____ | | |
| THE FOLLOWING FEES APPERTAINS TO CASE#14-03457/FLD:2/4/2014 - | | |
| -PROOF OF CLAIM FEE | 6/23/2014 | $650.00 |
| -OBJECTION TO PLAN FEE | 6/23/2014 | $500.00 |
| _____ | | |
| PARTIAL BALANCE | | -$154.83 |

# A

POST PETITION DUE

| Date | Amount |
|---|---|
| 9/1/2015 | $ 244.92 |
| 10/1/2015 | $ 244.92 |
| 11/1/2015 | $ 244.92 |
| 12/1/2015 | $ 244.92 |
| 1/1/2016 | $ 244.92 |
| 2/1/2016 | $ 244.92 |
| 3/1/2016 | $ 244.92 |
| 4/1/2016 | $ 244.92 |
| 5/1/2016 | $ 244.92 |
| 6/1/2016 | $ 244.92 |
| 7/1/2016 | $ 244.92 |
| 8/1/2016 | $ 244.92 |
| 9/1/2016 | $ 244.92 |
| 10/1/2016 | $ 244.92 |
| 11/1/2016 | $ 244.92 |
| 12/1/2016 | $ 244.92 |
| 1/1/2017 | $ 244.92 |
| 2/1/2017 | $ 244.92 |
| 3/1/2017 | $ 244.92 |
| 4/1/2017 | $ 244.92 |
| 5/1/2017 | $ 244.92 |
| 6/1/2017 | $ 244.92 |
| 7/1/2017 | $ 244.92 |
| 8/1/2017 | $ 244.92 |
| 9/1/2017 | $ 244.92 |
| 10/1/2017 | $ 244.92 |
| 11/1/2017 | $ 244.92 |
| 12/1/2017 | $ 244.92 |
| 1/1/2018 | $ 244.92 |
| 2/1/2018 | $ 244.92 |
| 3/1/2018 | $ 244.92 |
| 4/1/2018 | $ 244.92 |
| 5/1/2018 | $ 244.92 |

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 06/05/2018

Chapter 13 Trustee: Tom Vaughn

Trustee Address: __

Trustee Email: ecf@tvch13.net

Debtor's Counsel Name: Nathan E Curtis

Debtor's Counsel Address: __

Debtor's Counsel Email: ndil@geracilaw.com

Debtor 1 Name: James Edward Wade

Debtor 2 Name

Debtor's Mailing Address: 314 E. Birch Drive, Glenwood, IL 60425

Debtor Email:

/s/ Timothy M. Johnson



**Bank of America**
Customer Service Department
PO Box 31785
Tampa, FL 33631-3785

Redaction

**Date:** 05/31/2018

Redaction

**Property Address:**

JAMES E WADE & TARALENE HILL
314 E BIRCH DR
GLENWOOD, IL 60425

314 E BIRCH DR
GLENWOOD, IL 60425

# We've enclosed your home loan history statement with transaction details.

As you requested, enclosed is your statement that provides the following:
- Payments we received from you
- Servicing expenses we paid to third parties
- Tax and insurance payments we paid on your behalf
- Late charges assessed and paid

# Questions?

We appreciate the opportunity to serve your home loan needs. For general account information, you can visit us online at bankofamerica.com.

Page 3

Redaction

Statement Period:  06/2013 - 05/2018
Date Prepared:     05/31/2018

Property Address:
314 E BIRCH DR
GLENWOOD, IL  60425

| Transaction Date | Description | Total Payment | PMT/MO | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Beginning Balance** | | | 18,533.19 | | .00 | | | | 58.80 |
| 06/27/2013 | MISC. POSTING | .00 | 06/2012 | .00<br>18,533.19 | .00 | .00<br>.00 | .00 | .00 | 58.80<br>-173.21 | -58.80<br>.00 |
| 07/02/2013 | REGULAR PAYMENT | 254.00 | 07/2012 | 20.98<br>18,512.21 | 223.94 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 9.08<br>9.08 |
| 08/13/2013 | REGULAR PAYMENT | 254.00 | 08/2012 | 21.23<br>18,490.98 | 223.69 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 9.08<br>18.16 |
| 11/12/2013 | MISC. POSTING | 51.90 | 08/2012 | .00<br>18,490.98 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 51.90<br>70.06 |
| 11/12/2013 | MISC. POSTING | -9.08 | 08/2012 | .00<br>18,490.98 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -9.08<br>60.98 |
| 03/05/2014 | REGULAR PAYMENT | 244.92 | 09/2012 | 21.49<br>18,469.49 | 223.43 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>60.98 |
| 03/05/2014 | REGULAR PAYMENT | 255.08 | 10/2012 | 21.75<br>18,447.74 | 223.17 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 10.16<br>71.14 |
| 04/08/2014 | MISC. POSTING | 20.56 | 10/2012 | .00<br>18,447.74 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 20.56<br>91.70 |
| 04/29/2014 | REGULAR PAYMENT | 254.00 | 11/2012 | 22.01<br>18,425.73 | 222.91 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 9.08<br>100.78 |
| 06/23/2014 | REGULAR PAYMENT | 244.92 | 12/2012 | 22.28<br>18,403.45 | 222.64 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>100.78 |
| 06/23/2014 | REGULAR PAYMENT | 255.08 | 01/2013 | 22.54<br>18,380.91 | 222.38 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 10.16<br>110.94 |
| 09/26/2014 | REGULAR PAYMENT | 254.00 | 02/2013 | 22.82<br>18,358.09 | 222.10 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 9.08<br>120.02 |
| 11/21/2014 | REGULAR PAYMENT | 254.00 | 03/2013 | 23.09<br>18,335.00 | 221.83 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 9.08<br>129.10 |
| 12/04/2014 | MISC. POSTING | 67.02 | 03/2013 | .00<br>18,335.00 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 67.02<br>196.12 |
| 12/12/2014 | REGULAR PAYMENT | 244.92 | 04/2013 | 23.37<br>18,311.63 | 221.55 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>196.12 |
| 12/12/2014 | REGULAR PAYMENT | 405.08 | 05/2013 | 23.65<br>18,287.98 | 221.27 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 160.16<br>356.28 |

Case 13-27693   Doc 53   Filed 06/07/18   Entered 06/07/18 11:35:41   Desc Main
Document      Page 9 of 20

Bank of America
Home Loans

Page 4

| Transaction Date | Description | Total Payment | PMT/MO | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/13/2015 | REGULAR PAYMENT | 250.00 | 06/2013 | 23.94<br>18,264.04 | 220.98 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 5.08<br>361.36 |
| 02/17/2015 | MISC. POSTING | 61.63 | 06/2013 | .00<br>18,264.04 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 61.63<br>422.99 |
| 03/05/2015 | MISC. POSTING | 61.63 | 06/2013 | .00<br>18,264.04 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 61.63<br>484.62 |
| 03/06/2015 | MISC. POSTING | -244.92 | 06/2013 | .00<br>18,264.04 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -244.92<br>239.70 |
| 03/06/2015 | REGULAR PAYMENT | 244.92 | 07/2013 | 24.23<br>18,239.81 | 220.69 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>239.70 |
| 03/06/2015 | REGULAR PAYMENT | 254.00 | 08/2013 | 24.52<br>18,215.29 | 220.40 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 9.08<br>248.78 |
| 04/06/2015 | MISC. POSTING | 61.63 | 08/2013 | .00<br>18,215.29 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 61.63<br>310.41 |
| 04/07/2015 | MISC. POSTING | -244.92 | 08/2013 | .00<br>18,215.29 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -244.92<br>65.49 |
| 04/07/2015 | REGULAR PAYMENT | 244.92 | 09/2013 | 24.82<br>18,190.47 | 220.10 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>65.49 |
| 04/09/2015 | PAYMENT REVERSAL | -244.92 | 08/2013 | -24.82<br>18,215.29 | -220.10 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>65.49 |
| 04/09/2015 | MISC. POSTING | 244.92 | 08/2013 | .00<br>18,215.29 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 244.92<br>310.41 |
| 05/07/2015 | MISC. POSTING | 133.85 | 08/2013 | .00<br>18,215.29 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 133.85<br>444.26 |
| 05/08/2015 | MISC. POSTING | -244.92 | 08/2013 | .00<br>18,215.29 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -244.92<br>199.34 |
| 05/08/2015 | REGULAR PAYMENT | 244.92 | 09/2013 | 24.82<br>18,190.47 | 220.10 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>199.34 |
| 05/13/2015 | PAYMENT REVERSAL | -244.92 | 08/2013 | -24.82<br>18,215.29 | -220.10 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>199.34 |
| 05/13/2015 | MISC. POSTING | 244.92 | 08/2013 | .00<br>18,215.29 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 244.92<br>444.26 |
| 06/02/2015 | MISC. POSTING | 61.63 | 08/2013 | .00<br>18,215.29 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 61.63<br>505.89 |
| 06/03/2015 | MISC. POSTING | -244.92 | 08/2013 | .00<br>18,215.29 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -244.92<br>260.97 |

| Transaction Date | Description | Total Payment | PMT/MO | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/03/2015 | REGULAR PAYMENT | 244.92 | 09/2013 | 24.82<br>18,190.47 | 220.10 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>260.97 |
| 06/05/2015 | REGULAR PAYMENT | 254.00 | 10/2013 | 25.12<br>18,165.35 | 219.80 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 9.08<br>270.05 |
| 07/08/2015 | MISC. POSTING | 61.63 | 10/2013 | .00<br>18,165.35 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 61.63<br>331.68 |
| 07/10/2015 | MISC. POSTING | 230.08 | 10/2013 | .00<br>18,165.35 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 230.08<br>561.76 |
| 07/10/2015 | MISC. POSTING | -100.72 | 10/2013 | .00<br>18,165.35 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -100.72<br>461.04 |
| 08/07/2015 | MISC. POSTING | 64.66 | 10/2013 | .00<br>18,165.35 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 64.66<br>525.70 |
| 08/10/2015 | MISC. POSTING | -244.92 | 10/2013 | .00<br>18,165.35 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -244.92<br>280.78 |
| 08/10/2015 | REGULAR PAYMENT | 244.92 | 11/2013 | 25.42<br>18,139.93 | 219.50 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>280.78 |
| 08/10/2015 | REGULAR PAYMENT | 244.92 | 12/2013 | 25.73<br>18,114.20 | 219.19 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>280.78 |
| 08/10/2015 | MISC. POSTING | 170.90 | 12/2013 | .00<br>18,114.20 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 170.90<br>451.68 |
| 08/10/2015 | MISC. POSTING | -230.08 | 12/2013 | .00<br>18,114.20 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -230.08<br>221.60 |
| 08/28/2015 | REGULAR PAYMENT | 244.92 | 01/2014 | 26.04<br>18,088.16 | 218.88 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>221.60 |
| 08/28/2015 | REGULAR PAYMENT | 255.08 | 02/2014 | 26.35<br>18,061.81 | 218.57 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 10.16<br>231.76 |
| 09/11/2015 | MISC. POSTING | 64.66 | 02/2014 | .00<br>18,061.81 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 64.66<br>296.42 |
| 09/11/2015 | MISC. POSTING | 185.74 | 02/2014 | .00<br>18,061.81 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 185.74<br>482.16 |
| 09/15/2015 | MISC. POSTING | -244.92 | 02/2014 | .00<br>18,061.81 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -244.92<br>237.24 |
| 09/15/2015 | REGULAR PAYMENT | 244.92 | 03/2014 | 26.67<br>18,035.14 | 218.25 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>237.24 |
| 10/08/2015 | MISC. POSTING | 138.39 | 03/2014 | .00<br>18,035.14 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 138.39<br>375.63 |

| Transaction Date | Description | Total Payment | PMT/MO | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/08/2015 | REGULAR PAYMENT | 244.92 | 04/2014 | 27.00<br>18,008.14 | 217.92 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>375.63 |
| 10/08/2015 | REGULAR PAYMENT | 244.92 | 05/2014 | 27.32<br>17,980.82 | 217.60 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>375.63 |
| 10/08/2015 | MISC. POSTING | 37.77 | 05/2014 | .00<br>17,980.82 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 37.77<br>413.40 |
| 10/13/2015 | MISC. POSTING | -244.92 | 05/2014 | .00<br>17,980.82 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -244.92<br>168.48 |
| 10/13/2015 | REGULAR PAYMENT | 244.92 | 06/2014 | 27.65<br>17,953.17 | 217.27 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>168.48 |
| 10/13/2015 | REGULAR PAYMENT | 254.00 | 07/2014 | 27.99<br>17,925.18 | 216.93 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 9.08<br>177.56 |
| 12/09/2015 | REGULAR PAYMENT | 244.92 | 08/2014 | 28.32<br>17,896.86 | 216.60 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>177.56 |
| 12/09/2015 | MISC. POSTING | 33.70 | 08/2014 | .00<br>17,896.86 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 33.70<br>211.26 |
| 12/09/2015 | MISC. POSTING | -107.62 | 08/2014 | .00<br>17,896.86 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -107.62<br>103.64 |
| 12/09/2015 | MISC. POSTING | 61.48 | 08/2014 | .00<br>17,896.86 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 61.48<br>165.12 |
| 12/11/2015 | MISC. POSTING | 61.48 | 08/2014 | .00<br>17,896.86 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 61.48<br>226.60 |
| 12/15/2015 | REGULAR PAYMENT | 244.92 | 09/2014 | 28.67<br>17,868.19 | 216.25 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>226.60 |
| 12/15/2015 | MISC. POSTING | 21.26 | 09/2014 | .00<br>17,868.19 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 21.26<br>247.86 |
| 12/15/2015 | MISC. POSTING | -95.18 | 09/2014 | .00<br>17,868.19 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -95.18<br>152.68 |
| 12/21/2015 | REGULAR PAYMENT | 254.00 | 10/2014 | 29.01<br>17,839.18 | 215.91 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 9.08<br>161.76 |
| 01/05/2016 | MISC. POSTING | 61.48 | 10/2014 | .00<br>17,839.18 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 61.48<br>223.24 |
| 01/05/2016 | REGULAR PAYMENT | 244.92 | 11/2014 | 29.36<br>17,809.82 | 215.56 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>223.24 |
| 01/05/2016 | MISC. POSTING | 8.82 | 11/2014 | .00<br>17,809.82 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 8.82<br>232.06 |

BankofAmerica-WestRI  5/31/2018  3:49:09 PM  PAGE  6/015  888-294-5658

| Transaction Date | Description | Total Payment | PMT/MO | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/05/2016 | MISC. POSTING | -82.74 | 11/2014 | .00<br>17,809.82 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -82.74<br>149.32 |
| 02/03/2016 | MISC. POSTING | 241.30 | 11/2014 | .00<br>17,809.82 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 241.30<br>390.62 |
| 02/03/2016 | MISC. POSTING | -70.30 | 11/2014 | .00<br>17,809.82 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -70.30<br>320.32 |
| 02/03/2016 | MISC. POSTING | 61.48 | 11/2014 | .00<br>17,809.82 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 61.48<br>381.80 |
| 02/04/2016 | MISC. POSTING | -244.92 | 11/2014 | .00<br>17,809.82 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -244.92<br>136.88 |
| 02/04/2016 | REGULAR PAYMENT | 244.92 | 12/2014 | 29.72<br>17,780.10 | 215.20 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>136.88 |
| 03/07/2016 | MISC. POSTING | 61.48 | 12/2014 | .00<br>17,780.10 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 61.48<br>198.36 |
| 03/08/2016 | MISC. POSTING | 228.86 | 12/2014 | .00<br>17,780.10 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 228.86<br>427.22 |
| 03/08/2016 | MISC. POSTING | -57.86 | 12/2014 | .00<br>17,780.10 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -57.86<br>369.36 |
| 03/08/2016 | MISC. POSTING | -244.92 | 12/2014 | .00<br>17,780.10 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -244.92<br>124.44 |
| 03/08/2016 | REGULAR PAYMENT | 244.92 | 01/2015 | 30.08<br>17,750.02 | 214.84 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>124.44 |
| 03/11/2016 | REGULAR PAYMENT | 254.00 | 02/2015 | 30.44<br>17,719.58 | 214.48 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 9.08<br>133.52 |
| 04/13/2016 | MISC. POSTING | 216.42 | 02/2015 | .00<br>17,719.58 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 216.42<br>349.94 |
| 04/13/2016 | MISC. POSTING | -45.42 | 02/2015 | .00<br>17,719.58 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -45.42<br>304.52 |
| 04/13/2016 | MISC. POSTING | 61.48 | 02/2015 | .00<br>17,719.58 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 61.48<br>366.00 |
| 05/05/2016 | MISC. POSTING | 133.62 | 02/2015 | .00<br>17,719.58 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 133.62<br>499.62 |
| 05/05/2016 | REGULAR PAYMENT | 244.92 | 03/2015 | 30.81<br>17,688.77 | 214.11 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>499.62 |
| 05/05/2016 | MISC. POSTING | 142.50 | 03/2015 | .00<br>17,688.77 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 142.50<br>642.12 |

BankofAmerica-WestRI  5/31/2018 3:49:09 PM  PAGE 7/015  888-294-5658

| Transaction Date | Description | Total Payment | PMT/MO | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/05/2016 | MISC. POSTING | -216.42 | 03/2015 | .00<br>17,688.77 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -216.42<br>425.70 |
| 05/09/2016 | MISC. POSTING | -244.92 | 03/2015 | .00<br>17,688.77 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -244.92<br>180.78 |
| 05/09/2016 | REGULAR PAYMENT | 244.92 | 04/2015 | 31.18<br>17,657.59 | 213.74 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>180.78 |
| 06/10/2016 | MISC. POSTING | 202.20 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 202.20<br>382.98 |
| 06/10/2016 | MISC. POSTING | -31.20 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -31.20<br>351.78 |
| 07/07/2016 | MISC. POSTING | 122.91 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 122.91<br>474.69 |
| 07/08/2016 | REGULAR PAYMENT | 244.92 | 05/2015 | 31.56<br>17,626.03 | 213.36 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>474.69 |
| 07/08/2016 | REGULAR PAYMENT | 244.92 | 06/2015 | 31.94<br>17,594.09 | 212.98 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>474.69 |
| 07/08/2016 | MISC. POSTING | 217.86 | 06/2015 | .00<br>17,594.09 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 217.86<br>692.55 |
| 07/08/2016 | MISC. POSTING | -202.20 | 06/2015 | .00<br>17,594.09 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -202.20<br>490.35 |
| 08/03/2016 | MISC. POSTING | 202.20 | 06/2015 | .00<br>17,594.09 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 202.20<br>692.55 |
| 08/03/2016 | MISC. POSTING | -217.86 | 06/2015 | .00<br>17,594.09 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -217.86<br>474.69 |
| 08/03/2016 | PAYMENT REVERSAL | -244.92 | 05/2015 | -31.94<br>17,626.03 | -212.98 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>474.69 |
| 08/03/2016 | PAYMENT REVERSAL | -244.92 | 04/2015 | -31.56<br>17,657.59 | -213.36 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>474.69 |
| 08/03/2016 | MISC. POSTING | -122.91 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -122.91<br>351.78 |
| 08/03/2016 | MISC. POSTING | -244.92 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -244.92<br>106.86 |
| 08/03/2016 | REGULAR PAYMENT | 244.92 | 05/2015 | 31.56<br>17,626.03 | 213.36 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>106.86 |
| 08/03/2016 | MISC. POSTING | 122.91 | 05/2015 | .00<br>17,626.03 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 122.91<br>229.77 |

BankofAmerica-WestRI 5/31/2018 3:49:09 PM PAGE 8/015 888-294-5658

Bank of America
Home Loans

Page 9

| Transaction Date | Description | Total Payment | PMT/MO | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/03/2016 | REGULAR PAYMENT | 244.92 | 06/2015 | 31.94<br>17,594.09 | 212.98 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>229.77 |
| 08/03/2016 | REGULAR PAYMENT | 244.92 | 07/2015 | 32.32<br>17,561.77 | 212.60 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>229.77 |
| 08/03/2016 | MISC. POSTING | 217.86 | 07/2015 | .00<br>17,561.77 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 217.86<br>447.63 |
| 08/03/2016 | MISC. POSTING | -202.20 | 07/2015 | .00<br>17,561.77 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -202.20<br>245.43 |
| 08/04/2016 | MISC. POSTING | 171.00 | 07/2015 | .00<br>17,561.77 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 171.00<br>416.43 |
| 08/04/2016 | MISC. POSTING | 61.48 | 07/2015 | .00<br>17,561.77 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 61.48<br>477.91 |
| 08/11/2016 | MISC. POSTING | -244.92 | 07/2015 | .00<br>17,561.77 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -244.92<br>232.99 |
| 08/11/2016 | REGULAR PAYMENT | 244.92 | 08/2015 | 32.72<br>17,529.05 | 212.20 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>232.99 |
| 09/14/2016 | MISC. POSTING | 432.44 | 08/2015 | .00<br>17,529.05 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 432.44<br>665.43 |
| 09/15/2016 | MISC. POSTING | 171.00 | 08/2015 | .00<br>17,529.05 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 171.00<br>836.43 |
| 09/23/2016 | MISC. POSTING | -489.84 | 08/2015 | .00<br>17,529.05 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -489.84<br>346.59 |
| 09/23/2016 | REGULAR PAYMENT | 244.92 | 09/2015 | 33.11<br>17,495.94 | 211.81 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>346.59 |
| 09/23/2016 | REGULAR PAYMENT | 244.92 | 10/2015 | 33.51<br>17,462.43 | 211.41 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>346.59 |
| 09/27/2016 | MISC. POSTING | .00 | 10/2015 | .00<br>17,462.43 | .00 | .00<br>.00 | .00 | .00 | 173.21<br>.00 | -173.21<br>173.38 |
| 09/28/2016 | MISC. POSTING | -15.00 | 10/2015 | .00<br>17,462.43 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | -15.00<br>158.38 |
| 10/07/2016 | MISC. POSTING | 221.02 | 10/2015 | .00<br>17,462.43 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | 221.02<br>379.40 |
| 10/11/2016 | MISC. POSTING | 202.60 | 10/2015 | .00<br>17,462.43 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | 202.60<br>582.00 |
| 10/18/2016 | MISC. POSTING | -202.60 | 10/2015 | .00<br>17,462.43 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | -202.60<br>379.40 |

**Bank of America Home Loans**

Page 10

| Transaction Date | Description | Total Payment | PMT/MO | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/18/2016 | MISC. POSTING | -221.02 | 10/2015 | .00<br>17,462.43 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | -221.02<br>158.38 |
| 10/18/2016 | MISC. POSTING | 15.00 | 10/2015 | .00<br>17,462.43 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | 15.00<br>173.38 |
| 10/18/2016 | MISC. POSTING | .00 | 10/2015 | .00<br>17,462.43 | .00 | .00<br>.00 | .00 | .00 | -173.21<br>-173.21 | 173.21<br>346.59 |
| 10/18/2016 | PAYMENT REVERSAL | -244.92 | 09/2015 | -33.51<br>17,495.94 | -211.41 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>346.59 |
| 10/18/2016 | PAYMENT REVERSAL | -244.92 | 08/2015 | -33.11<br>17,529.05 | -211.81 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>346.59 |
| 10/18/2016 | MISC. POSTING | 489.84 | 08/2015 | .00<br>17,529.05 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 489.84<br>836.43 |
| 10/18/2016 | MISC. POSTING | -171.00 | 08/2015 | .00<br>17,529.05 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -171.00<br>665.43 |
| 10/18/2016 | MISC. POSTING | -432.44 | 08/2015 | .00<br>17,529.05 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -432.44<br>232.99 |
| 10/18/2016 | PAYMENT REVERSAL | -244.92 | 07/2015 | -32.72<br>17,561.77 | -212.20 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>232.99 |
| 10/18/2016 | MISC. POSTING | 244.92 | 07/2015 | .00<br>17,561.77 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 244.92<br>477.91 |
| 10/18/2016 | MISC. POSTING | -61.48 | 07/2015 | .00<br>17,561.77 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -61.48<br>416.43 |
| 10/18/2016 | MISC. POSTING | -171.00 | 07/2015 | .00<br>17,561.77 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -171.00<br>245.43 |
| 10/18/2016 | MISC. POSTING | 202.20 | 07/2015 | .00<br>17,561.77 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 202.20<br>447.63 |
| 10/18/2016 | MISC. POSTING | -217.86 | 07/2015 | .00<br>17,561.77 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -217.86<br>229.77 |
| 10/18/2016 | PAYMENT REVERSAL | -244.92 | 06/2015 | -32.32<br>17,594.09 | -212.60 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>229.77 |
| 10/18/2016 | PAYMENT REVERSAL | -244.92 | 05/2015 | -31.94<br>17,626.03 | -212.98 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>229.77 |
| 10/18/2016 | MISC. POSTING | -122.91 | 05/2015 | .00<br>17,626.03 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -122.91<br>106.86 |
| 10/18/2016 | PAYMENT REVERSAL | -244.92 | 04/2015 | -31.56<br>17,657.59 | -213.36 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>106.86 |

BankofAmerica-WestRI 5/31/2018 3:49:09 PM PAGE 10/015 888-294-5658

**Bank of America** Home Loans

Page 11

| Transaction Date | Description | Total Payment | PMT/MO | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/18/2016 | MISC. POSTING | 244.92 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 244.92<br>351.78 |
| 10/18/2016 | MISC. POSTING | 122.91 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 122.91<br>474.69 |
| 10/18/2016 | MISC. POSTING | 244.92 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 244.92<br>719.61 |
| 10/18/2016 | MISC. POSTING | 244.92 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 244.92<br>964.53 |
| 10/18/2016 | MISC. POSTING | 217.86 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 217.86<br>1,182.39 |
| 10/18/2016 | MISC. POSTING | -202.20 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -202.20<br>980.19 |
| 10/18/2016 | MISC. POSTING | 171.00 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 171.00<br>1,151.19 |
| 10/18/2016 | MISC. POSTING | 61.48 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 61.48<br>1,212.67 |
| 10/18/2016 | MISC. POSTING | -244.92 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -244.92<br>967.75 |
| 10/18/2016 | MISC. POSTING | 244.92 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 244.92<br>1,212.67 |
| 10/18/2016 | MISC. POSTING | 432.44 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 432.44<br>1,645.11 |
| 10/18/2016 | MISC. POSTING | 171.00 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 171.00<br>1,816.11 |
| 10/18/2016 | MISC. POSTING | -489.84 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -489.84<br>1,326.27 |
| 10/18/2016 | MISC. POSTING | 489.84 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 489.84<br>1,816.11 |
| 10/18/2016 | MISC. POSTING | .00 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | 173.21<br>.00 | -173.21<br>1,642.90 |
| 10/18/2016 | MISC. POSTING | -15.00 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | -15.00<br>1,627.90 |
| 10/18/2016 | MISC. POSTING | 221.02 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | 221.02<br>1,848.92 |
| 10/18/2016 | MISC. POSTING | 202.60 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | 202.60<br>2,051.52 |

Page 12

| Transaction Date | Description | Total Payment | PMT/MO | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/19/2016 | MISC. POSTING | -1,793.09 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | -1,793.09<br>258.43 |
| 10/25/2016 | MISC. POSTING | 1,793.09 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | 1,793.09<br>2,051.52 |
| 10/25/2016 | MISC. POSTING | -202.60 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | -202.60<br>1,848.92 |
| 10/25/2016 | MISC. POSTING | -221.02 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | -221.02<br>1,627.90 |
| 10/25/2016 | MISC. POSTING | 15.00 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | 15.00<br>1,642.90 |
| 10/25/2016 | MISC. POSTING | .00 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | -173.21<br>-173.21 | 173.21<br>1,816.11 |
| 10/25/2016 | MISC. POSTING | -489.84 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -489.84<br>1,326.27 |
| 10/25/2016 | MISC. POSTING | 489.84 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 489.84<br>1,816.11 |
| 10/25/2016 | MISC. POSTING | -171.00 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -171.00<br>1,645.11 |
| 10/25/2016 | MISC. POSTING | -432.44 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -432.44<br>1,212.67 |
| 10/25/2016 | MISC. POSTING | -244.92 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -244.92<br>967.75 |
| 10/25/2016 | MISC. POSTING | 244.92 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 244.92<br>1,212.67 |
| 10/25/2016 | MISC. POSTING | -61.48 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -61.48<br>1,151.19 |
| 10/25/2016 | MISC. POSTING | -171.00 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -171.00<br>980.19 |
| 10/25/2016 | MISC. POSTING | 202.20 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 202.20<br>1,182.39 |
| 10/25/2016 | MISC. POSTING | -217.86 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -217.86<br>964.53 |
| 10/25/2016 | MISC. POSTING | -244.92 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -244.92<br>719.61 |
| 10/25/2016 | MISC. POSTING | -244.92 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -244.92<br>474.69 |



Page 13

| Transaction Date | Description | Total Payment | PMT/MO | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/25/2016 | MISC. POSTING | -122.91 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -122.91<br>351.78 |
| 10/25/2016 | MISC. POSTING | -244.92 | 04/2015 | .00<br>17,657.59 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -244.92<br>106.86 |
| 10/25/2016 | REGULAR PAYMENT | 244.92 | 05/2015 | 31.56<br>17,626.03 | 213.36 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | .00<br>106.86 |
| 10/25/2016 | MISC. POSTING | 122.91 | 05/2015 | .00<br>17,626.03 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 122.91<br>229.77 |
| 10/25/2016 | MISC. POSTING | 244.92 | 05/2015 | .00<br>17,626.03 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 244.92<br>474.69 |
| 10/25/2016 | MISC. POSTING | 244.92 | 05/2015 | .00<br>17,626.03 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 244.92<br>719.61 |
| 10/25/2016 | MISC. POSTING | 217.86 | 05/2015 | .00<br>17,626.03 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 217.86<br>937.47 |
| 10/25/2016 | MISC. POSTING | -202.20 | 05/2015 | .00<br>17,626.03 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -202.20<br>735.27 |
| 10/25/2016 | MISC. POSTING | 171.00 | 05/2015 | .00<br>17,626.03 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 171.00<br>906.27 |
| 10/25/2016 | MISC. POSTING | 61.48 | 05/2015 | .00<br>17,626.03 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 61.48<br>967.75 |
| 10/25/2016 | MISC. POSTING | -244.92 | 05/2015 | .00<br>17,626.03 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -244.92<br>722.83 |
| 10/25/2016 | MISC. POSTING | 244.92 | 05/2015 | .00<br>17,626.03 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 244.92<br>967.75 |
| 10/25/2016 | MISC. POSTING | 432.44 | 05/2015 | .00<br>17,626.03 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 432.44<br>1,400.19 |
| 10/25/2016 | MISC. POSTING | 171.00 | 05/2015 | .00<br>17,626.03 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 171.00<br>1,571.19 |
| 10/25/2016 | MISC. POSTING | -489.84 | 05/2015 | .00<br>17,626.03 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | -489.84<br>1,081.35 |
| 10/25/2016 | MISC. POSTING | 489.84 | 05/2015 | .00<br>17,626.03 | .00 | .00<br>.00 | .00 | .00 | .00<br>-173.21 | 489.84<br>1,571.19 |
| 10/25/2016 | MISC. POSTING | .00 | 05/2015 | .00<br>17,626.03 | .00 | .00<br>.00 | .00 | .00 | 173.21<br>.00 | -173.21<br>1,397.98 |
| 10/25/2016 | MISC. POSTING | -15.00 | 05/2015 | .00<br>17,626.03 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | -15.00<br>1,382.98 |

BankofAmerica-WestRI 5/31/2018 3:49:09 PM PAGE 13/015 888-294-5658

| Transaction Date | Description | Total Payment | PMT/MO | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/25/2016 | MISC. POSTING | 221.02 | 05/2015 | .00<br>17,626.03 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | 221.02<br>1,604.00 |
| 10/25/2016 | MISC. POSTING | 202.60 | 05/2015 | .00<br>17,626.03 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | 202.60<br>1,806.60 |
| 10/25/2016 | MISC. POSTING | -1,793.09 | 05/2015 | .00<br>17,626.03 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | -1,793.09<br>13.51 |
| 11/08/2016 | MISC. POSTING | 199.46 | 05/2015 | .00<br>17,626.03 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | 199.46<br>212.97 |
| 11/09/2016 | MISC. POSTING | 176.77 | 05/2015 | .00<br>17,626.03 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | 176.77<br>389.74 |
| 11/09/2016 | MISC. POSTING | -5.07 | 05/2015 | .00<br>17,626.03 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | -5.07<br>384.67 |
| 11/17/2016 | MISC. POSTING | -171.70 | 05/2015 | .00<br>17,626.03 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | -171.70<br>212.97 |
| 12/08/2016 | MISC. POSTING | 199.46 | 05/2015 | .00<br>17,626.03 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | 199.46<br>412.43 |
| 12/16/2016 | MISC. POSTING | -244.92 | 05/2015 | .00<br>17,626.03 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | -244.92<br>167.51 |
| 12/16/2016 | REGULAR PAYMENT | 244.92 | 06/2015 | 31.94<br>17,594.09 | 212.98 | .00<br>.00 | .00 | .00 | .00<br>.00 | .00<br>167.51 |
| 01/05/2017 | MISC. POSTING | 199.46 | 06/2015 | .00<br>17,594.09 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | 199.46<br>366.97 |
| 02/08/2017 | MISC. POSTING | 199.46 | 06/2015 | .00<br>17,594.09 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | 199.46<br>566.43 |
| 02/17/2017 | MISC. POSTING | -244.92 | 06/2015 | .00<br>17,594.09 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | -244.92<br>321.51 |
| 02/17/2017 | REGULAR PAYMENT | 244.92 | 07/2015 | 32.32<br>17,561.77 | 212.60 | .00<br>.00 | .00 | .00 | .00<br>.00 | .00<br>321.51 |
| 02/17/2017 | MISC. POSTING | -244.92 | 07/2015 | .00<br>17,561.77 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | -244.92<br>76.59 |
| 02/17/2017 | MISC. POSTING | 244.92 | 07/2015 | .00<br>17,561.77 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | 244.92<br>321.51 |
| 02/24/2017 | MISC. POSTING | -244.92 | 07/2015 | .00<br>17,561.77 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | -244.92<br>76.59 |
| 02/24/2017 | REGULAR PAYMENT | 244.92 | 08/2015 | 32.72<br>17,529.05 | 212.20 | .00<br>.00 | .00 | .00 | .00<br>.00 | .00<br>76.59 |

| Transaction Date | Description | Total Payment | PMT/MO | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/13/2017 | MISC. POSTING | 78.24 | 08/2015 | .00 | .00 | .00 | .00 | .00 | .00 | 78.24 |
|  |  |  |  | 17,529.05 |  | .00 |  |  | .00 | 154.83 |

## Fee Transaction Activity (06/2013 - 05/2018)

| Transaction Date | Fee Description | Charges | Payments |
|---|---|---|---|
| 07/08/2013 | Property Inspection | 15.00 | .00 |
| 06/23/2014 | Bankruptcy Proof of Claim | 650.00 | .00 |
| 06/23/2014 | Bankruptcy Objection to Plan | 500.00 | .00 |
| 12/05/2014 | BK Post Petition Notice | 100.00 | .00 |
| 05/07/2015 | BK Post Petition Notice - Adjustment | -100.00 | .00 |
| 09/28/2016 | Property Inspection | .00 | 15.00 |